UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
CITY OF OMAHA, NEBRASKA CIVILIAN : Civil Action No. 08-CV-10816 (LBS)
EMPLOYEES RETIREMENT SYSTEM and :
CITY OF OMAHA POLICE AND FIRE    : **MOTION FOR LEAVE TO AMEND**
RETIREMENT SYSTEM, Individually and On :
Behalf Of All Others Similarly Situated, :
                                         :
                 Plaintiff,              :
                                         :
         vs.                             :
                                         :
CBS CORPORATION, LESLIE MOONVES, :
FREDRIC G. REYNOLDS and SUSAN C. :
GORDON,                                  :
                                         :
                 Defendants.             :
---------------------------------------------------------------x

Pursuant to this Court's order dated March 16, 2010, Lead Plaintiffs, the City of Omaha, Nebraska Civilian Employees' Retirement System and the City of Omaha Police and Fire Retirement System (the "Omaha Funds"), by and through their attorneys, respectfully request this Court enter an order granting them leave to amend their complaint. As more fully discussed in the accompanying memorandum of law, the requested relief is appropriate in the current circumstances.

DATED: April 30, 2010                                     Respectfully submitted,

ROBBINS GELLER RUDMAN & DOWD LLP
SAMUEL H. RUDMAN
DAVID A. ROSENFELD

   */s/ David A. Rosenfeld*
DAVID A. ROSENFELD
58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)

Liaison Counsel for Plaintiffs

CARNEY WILLIAMS BATES BOZEMAN &
PULLIAM, PLLC
Allen Carney
Curtis L. Bowman
Marcus N. Bozeman
Randall K. Pulliam
11311 Arcade Drive, Suite 200
Little Rock, AR 72212
Telephone: (501) 312-8500
Facsimile: (501) 312-8505

Lead Counsel for Plaintiffs

- 2 -

## CERTIFICATE OF SERVICE

I, David Rosenfeld, hereby certify that on April 30, 2010, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system and the following counsel were served via the ECF pursuant to the local rules on electronic filing:

James W. Quinn
Greg A. Danilow
Yedudah L. Buchweitz
   Weil, Gotshal & Manges, LLP
767 Fifth Avenue
New York, NY  10153-0119

J. Allen Carney
Curtis L. Bowman
Marcus N. Bozeman
Carney Williams Bates
   Bozeman & Pulliam, PLLC
11311 Arcade Drive, Suite 200
Little Rock, Arkansas  72212

Samuel H. Rudman
David A. Rosenfeld
   Robbins Geller Rudman & Dowd LLP
58 South Service Road, Suite 200
Melville, NY  11747